Jason O. Sias (SBN 279196)
Jsias@siaslawinc.com
**SIAS LAW, INC.**
1809 S Street, Suite 101-291
Sacramento, CA 95811
Telephone: (888) 958-5071
Facsimile: (888) 958-5072

CJA Appointed Counsel for Petitioner
JOSE SENEN GUAMAN LEMA

SIAS LAW, INC.
1809 S Street, Suite 101-291
Sacramento, CA 95811
T: 888.958.5071 – F. 888.958.5072

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

JOSE SENEN GUAMAN LEMA,

Petitioner,

vs.

WARDEN, CALIFORNIA CITY DETENTION FACILITY, *et al.*,

Respondents.

Case No.: 1:26-cv-06760-TLN-CKD (HC)
*Assigned to The Honorable Troy L. Nunley*

**JOINT STIPULATION TO AMEND THE COURT'S BRIEFING SCHEDULE; ORDER**

Immigration Habeas Petition
A#: 203-831-615

Upcoming Briefing Schedule:
Answer Filed: August 27, 2026
Reply: October 01, 2026
Hearing: Not Set

Petition Filed: 08/24/2026

**TO THE HONORABLE TROY L. NUNLEY:**

Petitioner, Jose Senen Guaman Lema ("Petitioner") and Respondents, Warden, California City Detention Facility, *et al.* ("Respondents") (collectively with the Petitioner as the "Parties") hereby stipulate as follows:

**RECITALS**

WHEREAS, on August 24, 2026, Petitioner filed a *pro se* immigration habeas corpus

SIAS LAW, INC.
1809 S Street, Suite 101-291
Sacramento, CA 95811
T: 888.958.5071 – F. 888.958.5072

petition pursuant to 28 U.S.C. § 2241, ECF 1;

WHEREAS, on August 24, 2026, Petitioner applied to proceed *in forma pauperis*, ECF 2;

WHEREAS, on August 24, 2026, Petitioner filed a *pro se* request for an emergency temporary restraining order, ECF 3;

WHEREAS, on August 24, 2026, Petitioner moved for appointment of counsel pursuant to 18 U.S.C. § 3006A, ECF 4;

WHEREAS, on August 25, 2026, the Clerk issued the immigration new case documents, ECF 5, and the Court entered a minute order, ECF 6;

WHEREAS, on August 26, 2026, the United States Attorney's Office requested that Assistant United States Attorney Jonathan H. Yu be added as lead counsel of record for Respondents, ECF 7;

WHEREAS, on August 27, 2026, Respondents filed an Answer to the Petition, ECF 8;

WHEREAS, on September 14, 2026, Petitioner filed a consent to magistrate judge jurisdiction, ECF 9, a supplement with exhibits in support of the Petition, ECF 10, and a proof of service, ECF 11;

WHEREAS, on September 22, 2026, the Court granted Petitioner's application to proceed *in forma pauperis* and motion to appoint counsel, and ordered Petitioner to file a reply within seven (7) days from the date counsel is appointed, ECF 12 p. 2, ln. 13–22;

WHEREAS, on September 24, 2026, the Court entered a minute order appointing Jason O. Sias as counsel for Petitioner nunc pro tunc to September 24, 2026, ECF 13, making Petitioner's reply currently due on October 01, 2026, ECF 12 p. 2, ln. 13–14;

WHEREAS, Petitioner is currently detained at the California City Detention Facility, ECF 1 at ¶ 6;

WHEREAS, the Answer relies on a custody redetermination hearing held before an immigration judge on May 07, 2026, ECF 8 p. 1, ln. 22–26, and the recording, transcript, and evidentiary submissions from that hearing are not part of the record before this Court;

WHEREAS, Petitioner anticipates amending the current operative petition (ECF 1), and

SIAS LAW, INC.
1809 S Street, Suite 101-291
Sacramento, CA 95811
T: 888.958.5071 – F. 888.958.5072

Respondents are not opposed to Petitioner filing an amended petition or to the modified briefing schedule set forth below;

WHEREAS, the Parties met and conferred by email on September 29, 2026, and agreed that modifying the briefing schedule would be in the best interest of the Parties since Petitioner plans to amend the operative Petition;

WHEREAS, no prior extensions of time have been sought or obtained by either Party in this action;

WHEREAS, good cause exists to modify the briefing schedule because Petitioner's counsel was appointed seven (7) days before the current reply deadline, ECF 13; Petitioner's counsel requires time to obtain the records of the May 07, 2026, hearing, to consult with Petitioner at the detention facility through a Spanish-language interpreter, ECF 3 p. 12, and to prepare an amended petition; and the modified schedule will permit the Court to decide this matter on a complete record; and

WHEREAS pursuant to that meet and confer, the Parties hereby submit the following modified briefing schedule:

## STIPULATION

THEREFORE, IT IS HEREBY STIPULATED by and among the Parties, through their respective counsel, that this stipulation is made for good cause and not for the purpose of delay; that Respondents are not opposed to Petitioner filing an amended petition; and that the current briefing schedule be modified as follows:

| **EVENT** | **CURRENT DEADLINE** | **NEW DEADLINE** |
|---|---|---|
| Amended Petition (or Reply, if no amended petition is filed) | Reply: October 01, 2026 | October 29, 2026 |
| Response to Amended Petition, or notification that Respondent(s) stands on prior pleadings | N/A | November 12, 2026 |
| Traverse | N/A | November 19, 2026 |

SIAS LAW, INC.
1809 S Street, Suite 101-291
Sacramento, CA 95811
T: 888.958.5071 – F. 888.958.5072

Dated: September 29, 2026

Respectfully Submitted,

**SIAS LAW, INC.**

By: ***/s/ Jason O. Sias***
Jason O. Sias
*(CJA court appointment on 09/24/2026)*
Counsel for Petitioner,
JOSE SENEN GUAMAN LEMA

Dated: September 29, 2026

Respectfully Submitted,

**US ATTORNEY'S OFFICE**

By: **/s/ Jonathan H. Yu**
**(as authorized on 09/29/2026)**
Jonathan H. Yu
Assistant United States Attorney
Counsel for Respondents,
WARDEN, CALIFORNIA CITY
DETENTION FACILITY, *et al.*

SIAS LAW, INC.
1809 S Streett, Suite 101-291
Sacramento, CA 95811
T: 888.958.5071 – F. 888.958.5072

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 131(e), I, Jason O. Sias, hereby certify and attest that the content of this document is acceptable to Jonathan H. Yu, counsel for Respondents, and that I have obtained Mr. Yu's authorization to affix his electronic signature to this document because he concurs in the filing's content.

Dated: September 29, 2026

Respectfully Submitted,

**SIAS LAW, INC.**

By: ***/s/ Jason O. Sias***
Jason O. Sias
*(CJA court appointment on 09/24/2026)*
Counsel for Petitioner,
JOSE SENEN GUAMAN LEMA

**IT IS SO ORDERED.**

Dated: September 29, 2026

Troy L. Nunley
Chief United States District Judge

SIAS LAW, INC.
1809 S Street, Suite 101-291
Sacramento, CA 95811
T: 888.958.5071 – F. 888.958.5072